Filed: 11/13/2023 5:30 PM
Michael Gould
District Clerk
Collin County, Texas
By Rosanne Summers Deputy
Envelope ID: 81592845

471-06804-2023

## CAUSE NO.

| | | |
|---|---|---|
| ELIOSA HERNANDEZ TORAL AS § | | IN THE DISTRICT COURT |
| NEXT OF FRIEND OF Y.L., A MINOR § | | |
| *Plaintiff,* § | | |
| § | | |
| § | | JUDICIAL DISTRICT |
| v. § | | |
| § | | |
| § | | |
| RONALD LEE HAWK AND § | | |
| XPO LOGISITICS FREIGHT, INC., § | | COLLIN COUNTY, TEXAS |
| *Defendants.* | | |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF THE SAID COURT:

COME NOW, Eliosa Hernandez Toral as Next of Friend of Y.L., a minor (hereinafter referred to as "Plaintiff"), and file this, her Amended Petition and Request for Disclosure complaining of Ronald Lee Hawk and XPO Logistics Freight, Inc. (hereinafter collectively referred to as "Defendants"), and for cause of action would respectfully show unto the Court the following:

### I.
### DISCOVERY LEVEL

1. Pursuant to TEX. R. CIV. P. 190.4, Plaintiff states that discovery in this cause is intended to be conducted under Level 3, and hereby move to conduct discovery at such level.

### II.
### PARTIES AND SERVICE

2. Plaintiff Eliosa Hernandez Toral as Next of Friend to Y.L., a minor (hereinafter referred to as "Plaintiff") is an individual residing in McKinney, Texas. Plaintiff may be noticed by and through her attorney of record, Ayesha Rafi, Rafi|DeBose, PLLC, 8111 LBJ Freeway, Suite 665, Dallas, Texas, 75251.

3. Defendant Ronald Lee Hawk is an individual who may be served with process at 899 N. 153RD, Mounds, OK 74047, or anywhere he may be found.

4. Defendant XPO Logistics Freight, Inc., is a corporation operating and doing business in Texas and may be served through its registered agent, Registered Agent Solutions, Inc., located at Corporate Center One, 5301 Southwest Parkway, Suite 400 Austin, TX 78735 USA

### III.
### JURISDICTION AND VENUE

5. The subject matter in controversy is within the jurisdictional limits of this court.

6. Plaintiff seeks monetary relief over Plaintiffs seek monetary relief over $1,000,000.00.

7. This court has jurisdiction over the parties because the Defendants are Texas residents.

8. Venue in Collin County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or substantial part of the events or omissions giving rise to this lawsuit occurred in Collin County.

### IV.
### FACTUAL BACKGROUND

9. On Thursday, Febuary 2, 2022, Defendant Ronald Lee Hawk was operating his vehicle in Collin County.

10. Upon information and belief, Ronald Lee Hawk was an employee or an agent of Defendant XPO Logistics Freight, Inc.

11. Upon information and belief, Defendant Ronald Lee Hawk was operating the vehicle in the course and scope of his employment with Defendant XPO Logistics Freight, Inc.

12. Minor Y.L., was inside of a vehicle that was stalled on southbound lanes of 75 North Central Express Way with her hazard lights on.

13. Defendant also traveling southbound on 75 North Central Expressway at a rate of speed unsafe for the icy road condition failed to control speed and failed to notice Plaintiff's stalled vehicle near the shoulder of the highway and forcefully struck Plaintiff's vehicle, dragging it a short distance under its trailer before Defendant's vehicle was able to come to a complete stop with Plaintiff's vehicle still wedged under the trailer.

14. Plaintiff suffered significant damages as a result of a collision with the Defendants' vehicle.

15. Plaintiff alleges that Defendants' negligence was the proximate cause of Plaintiff's injuries and damages.

## V.
## NEGLIGENCE OF DEFENDANTS RONALD LEE HAWK AND XPO LOGISITICS FREIGHT, INC.

16. Plaintiff re-allege the allegation contained in paragraphs above as though fully set forth therein.

17. Plaintiff would show that at the time and on the occasion complained of Defendants Ronald Lee Hawk and XPO Logistics Freight, Inc. were negligence, which negligent proximately caused Plaintiff's damages and injuries in one or more of the following respects:

   (a) In failing to control his speed and driving the vehicle at a rate of speed that was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances, in violation of Texas Transportation Code §545.062(a);

   (b) In failing to maintain a safe distance from other vehicles on the road as person of ordinary prudence would have kept under the same or similar circumstances;

   (c) In failing to keep such a lookout as person of ordinary prudence would have kept

      under the same or similar circumstances;

(d) In failing to apply the brakes to his vehicle in a timely manner to avoid the collision in question;

(e) In failing to swerve in manner to avoid the collision in question as person of ordinary prudence would have done in the same or similar circumstances.

18. Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence that made the basis of this action and Plaintiff's injuries and damages.

## VI.
## RESPONDEAT SUPERIOR/AGENCY-DEFENDANT XPO LOGISTICS FREIGHT, INC.

19. Plaintiff incorporates all allegations in the paragraphs above and below as if fully restated and re-alleged herein.

20. Upon information and belief, Defendant XPO Logistics Freight, Inc. employed Ronald Lee Hawk. At the time of the collision with Plaintiff, Defendant Ronald Lee Hawk was operating the vehicle owned by Defendant XPO Logistics Freight, Inc.

21. It is further believed that Defendant Ronald Lee Hawk, was in control of said vehicle within the course and scope of his employment for Defendant XPO Logistics Freight, Inc. Therefore, Plaintiff invokes the doctrine of *respondent superior* and/or agency against Defendant XPO Logistics Freight, Inc.

## VII.
## DAMAGES OF MINOR PLAINTIFF, Y.L.,

22. Plaintiff would show that as a result of the negligence, negligence of the Defendants, She sustained severe and permanent injuries.

23. Plaintiff incurred injuries and damages in an amount in excess of the court's minimum

jurisdictional limit.

24. Plaintiff would further show that as a proximate result of the negligence of the Defendants, she is entitled to recovery for damages including but not limited to:

   (a) past, reasonable and necessary medical expenses;

   (b) future reasonable and necessary medical expenses;

   (c) past pain, suffering and mental anguish;

   (d) future pain, suffering and mental anguish;

   (e) impairment in the past due to her debilitating injuries and will sustain impairment in the future;

   (f) damage to the vehicle and the diminished value thereof.

## VIII
## CLAIM FOR PREJDUGMENT AND POST JUDGMENT INTEREST

25. Plaintiff claims interest in accordance with Texas Finance Code §304.001 *et. seq.* and any other applicable law.

## IX.
## REQUEST FOR DISCLOSURE

26. Plaintiff hereby request that Defendants disclose the information and material described in TEX. R. CIV. P. 192(a)-(l).  The responses may be served upon Plaintiff through his attorney of record, Ayesha Rafi, Rafi|DeBose, PLLC, 8111 LBJ Freeway, Suite 665, Dallas, Texas 75251.

## X.
## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff request that Defendants be cited and required to appear and answer, and that this case be tried, after which, Plaintiffs recover:

(a) Judgment against Defendants for a sum within the jurisdictional limits of this Court for the damages indicated above;

(b) Plaintiff prefers to have a jury determine the amount of Plaintiff's damages, including exemplary damages;

(c) Pre-judgment and post-judgment interest at the maximum amount allowed by law on all elements of applicable damages claimed herein;

(d) Costs of suit; and

(e) Such other and further relief, both general and specific, at law or in equity, to which Plaintiff is entitled.

Respectfully submitted,

**RAFI DEBOSE, PLLC**

*/s/ Ayesha Rafi* _____
Ayesha Rafi
State Bar Number 24060455
arafi@rafidebose.com
Kyle DeBose
State Bar Number 24084302
kdebose@rafidebose.com
8111 LBJ Freeway, Suite 665
Dallas, Texas 75251
Telephone: (214) 224-0064
Facsimile: (214) 224-0064

**ATTORNEYS FOR PLAINTIFFS**