IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ELIOSA HERNANDEZ TORAL, §<br>INDIVIDUALLY AND AS NEXT §<br>FRIEND OF Y.L., A MINOR, §<br>      §<br>    *Plaintiff,* §<br>      §<br>v.    §      CIVIL ACTION NO. 4:24-cv-00003-ALM<br>      §<br>RONALD LEE HAWK AND §<br>XPO LOGISTICS FREIGHT, INC., §<br>      §<br>    *Defendants.* § | |

## AGREED MOTION TO APPROVE MINOR SETTLEMENT AGREEMENT AND ENTRY OF FINAL JUDGMENT

Plaintiff, Eliosa Hernandez Toral, Individually and as Next Friend of Y.L., a minor, and Defendants Ronald Lee Hawk and XPO Logistics Freight, Inc., file their Agreed Motion to Approve Minor Settlement Agreement and Entry of Final Judgment, and state as follows:

1. On February 25, 2025, the Parties agreed to settle and compromise all claims in this matter.

2. A Confidential Settlement and Release Agreement has been executed by Eliosa Hernandez Toral, Individually and as Next Friend of Y.L., a minor. A copy of the executed Agreement will be provided to the Court for review at the hearing on this motion.

3. Michele Ratcliffe, the Guardian Ad Litem, has reviewed the pleadings, researched the claims and defenses asserted, interviewed Plaintiff, their counsel, and structured settlement specialists, and reviewed the Agreement. She is of the opinion

the settlement is reasonable, fair, just, and in the best interest of Y.L. Guardian Ad Litem has filed a Report outlining her opinion that such settlement is fair and in the best interest of the Minor.

4. Defendants also desire to resolve this case and have allocated the necessary resources to fund all payments required under the Agreement. Defendants are of the opinion that the settlement is reasonable, fair, just, and in the best interest of all the Parties. Defendants also request that the settlement be approved and that the Agreed Final Judgment be entered by this Court.

WHEREFORE, Plaintiff and Defendants, request that this Court approve the settlement and enter final judgment.

Respectfully submitted,

**RAFI DEBOSE, PLLC**
8111 LBJ Freeway, Suite 665
Dallas, Texas 75251
Telephone: (214) 224-0064

By: */s/ Ayesha Rafi*
**Ayesha Rafi**
State Bar No. 24060455
arafi@rafidebose.com
**Kyle DeBose**
State Bar No. 24084302
kdebose@rafidebose.com

**ATTORNEYS FOR PLAINTIFFS**

- and -

          **MAYER LLP**
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-6900

By:   /s/ *C. Hunter Veirs*
     **Aaron M. Speer**
     State Bar No. 24051365
     aspeer@mayerllp.com
     **C. Hunter Veirs**
     State Bar No. 24115902
     hveirs@mayerllp.com

**ATTORNEYS FOR DEFENDANTS**