IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ELIOSA HERNANDEZ TORAL, INDIVIDUALLY AND AS NEXT FRIEND OF Y.L., A MINOR, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CAUSE NO. 4:24-cv-00003-ALM |
| RONALD LEE HAWK AND XPO LOGISTICS FREIGHT, INC., | § § § § | |
| *Defendants.* | § | |

**ORDER APPROVING SETTLEMENT AND ENTRY OF FINAL JUDGMENT**

On this day, came on to be heard Plaintiff Eliosa Hernandez Toral, Individually and as Next Friend of Y.L., a minor, and Defendants Ronald Lee Hawk and XPO Logistics Freight, In. in the above-styled and numbered action.

The Parties have filed their Agreed Motion to Approve Minor Settlement Agreement and Entry of Final Judgment (Dkt. #70) and have announced that they have agreed to settle and compromise all issues, claims, and causes of action between Plaintiff and Defendants. The total amount of the settlement is confidential, the terms of which are described in a Confidential Settlement and Release Agreement (the "Settlement Agreement"), a copy of which was tendered to the Court for an in-camera review, but not filed.

The Court appointed Michele Ratcliffe, a practicing attorney in this district, duly licensed and in good standing with the State Bar of Texas, as Guardian Ad Litem; and said Guardian Ad Litem has been apprised of all matters of fact

concerning this controversy and settlement thereof. Ms. Ratcliffe has reviewed the pleadings, interviewed the parties, including Y.L., and has filed her Report in favor of the Settlement Agreement to the Court.

Accordingly, the Court makes the following findings and orders:

The Court finds that Plaintiff and Defendants have satisfactorily compromised and settled all of the issues involved herein.

The Court is of the opinion that the Settlement Agreement executed by the Plaintiff is fair and equitable and that the same should be, and is hereby in all things approved, and the Court hereby specifically finds that the Settlement Agreement is in the best interests of the minor, Y.L.

The Court further finds that the amounts are to be paid in full satisfaction of any and all claims arising from this accident which Plaintiff and Y.L. have or might ever have against Defendants, and further that this settlement and Final Judgment shall fully bind Plaintiff and Y.L.

The Court further finds that the obligation to make periodic payments described herein may be assigned to Metlife Assignment Company, Inc. and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company. In that regard, the Court finds that the requirements of Section 142.008 and 142.009 of the Texas Property Code have been met.

The Court finds that the remainder of the agreed upon settlement amounts, as set forth in the Settlement Agreement between the Parties are to be paid to Plaintiff

and her attorneys, as well as to the medical providers listed within the Settlement Agreement.

It is ordered by the Court that Plaintiff does recover from Defendants the present cash sums and periodic payments reflected in the Settlement Agreement, which present cash sums are to be paid at the time this Order Approving Settlement and Final Judgment is entered.

The Court approves the settlement entered into by the Parties and finds that the claims of Plaintiff against Defendants should be dismissed with prejudice; and that the Plaintiff's claims, asserted or which could have been asserted herein against Defendants are fully satisfied in all respects, and that no execution shall ever issue herein.

It is, therefore, ORDERED that all claims filed or which could have been filed by Eliosa Hernandez Toral, Individually and as Next Friend of Y.L., a minor, against Defendant Ronald Hawk and XPO Logistics Freight, Inc. are dismissed with prejudice.

It is further ORDERED, that costs of Court incurred herein are taxed against the party incurring same.

It is further ORDERED, that a fee of $10,750.00 for Michele Ratcliff, the Guardian Ad Litem for Y.L., minor, is to be paid by Defendants within 30 days and that she be discharged from her duties.

It is further ORDERED, ADJUDGED and DECREED that all relief requested or which could possibly be requested by any of the parties hereto which is not herein specifically granted is denied.

The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED.**

**SIGNED this 8th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**AGREED BY THE PARTIES LISTED BELOW:**


**RAFI DEBOSE, PLLC**
8111 LBJ Freeway, Suite 665
Dallas, Texas 75251
Telephone: (214) 224-0064

By:     */s/ Ayesha Rafi*
**Ayesha Rafi**
State Bar No. 24060455
arafi@rafidebose.com
**Kyle DeBose**
State Bar No. 24084302
kdebose@rafidebose.com

**ATTORNEYS FOR PLAINTIFFS
ELIOSA HERNANDEZ,
INDIVIDUALLY AND A/N/F OF
Y.L., A MINOR**


**MAYER LLP**
750 N. St. Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 379-6900

By:    */s/ C. Hunter Veirs*
**Aaron M. Speer**
State Bar No. 24051365
aspeer@mayerllp.com
**C. Hunter Veirs**
State Bar No. 24115902
hveirs@mayerllp.com

**ATTORNEYS FOR DEFENDANTS
RONALD LEE HAWK and
XPO LOGISTICS, INC.**